**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00329-CR
No. 05-14-00330-CR

**DANIEL URBINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-23478-U, F08-00824-U**

## ORDER

The Court **REINSTATES** the appeals.

On August 6, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have not received the trial court's findings, but on October 24, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the August 6, 2014 order requiring the trial court to make findings.

We note that the cover page of Volume 2 reflects that the hearing was conducted on October 22, 2014. The record however, reflects that the first hearing on the motions to adjudicate guilt was conducted on November 11, 2013.

Accordingly, we **ORDER** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a corrected Volume 2 that accurately reflects the date of the hearing.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE